VAN OPPEN & CO., INC. *v.* UNITED STATES

**No. 4687.**—Invoice dated London, England, October 21, 1938.
Entered at New York November 2, 1938.
Entry No. 753287.

(Decided December 4, 1939)

*Charles G. Berendsen* for the plaintiff.
*Webster J. Oliver,* Assistant Attorney General (*Samuel D. Spector,* special attorney), for the defendant.

KINCHELOE, Judge: This is an appeal for reappraisement of a certain leather-bound book entitled "Keats Poems" entered at the port of New York.

When the case was called for trial, counsel for defendant conceded that plaintiff's entered value represented the correct dutiable value of the book in question.

On the conceded facts, I hold that the entered value of 2 shillings, 8 pence, is the proper dutiable value of the instant merchandise. Judgment will issue accordingly.